BOSWORTH *v.* SUMTER REAL ESTATE & IMPROVEMENT CO.

LITTLE, J.  Under the facts disclosed by the record in this case, the trial judge erred in not granting an interlocutory injunction.

*Judgment reversed.  All concurring, except Simmons, C. J., disqualified.*

Argued June 2, — Decided August 7, 1897.

Petition for injunction.  Before Judge Littlejohn.  Sumter county.  March 31, 1897.

*J. E. D. Shipp, J. B. Pilsbury, Allen Fort, J. A. Hixon* and *M. P. Callaway,* for plaintiff.  *J. H. Lumpkin,* for defendant.

---

RUSSELL *et al. v.* MOHR-WEIL LUMBER COMPANY.

ATKINSON, J.  Under the facts disclosed by the record, the court erred in granting the injunction excepted to; but it appears that it would, upon the prayer in the cross-bill of the defendants, have been proper to appoint a receiver to take charge of the property in dispute, and thus preserve the status until the rights of the parties can be determined and adjudicated by the final judgment to be rendered in this case; and direction is given accordingly.

*Judgment reversed, with direction.  All the Justices concurring.*

Argued June 3, Reargued June 19, — Decided August 7, 1897.

Injunction, etc.  Before Judge Smith.  Wilcox county.  March 5, 1897.

*Cutts & Lawson,* for plaintiffs in error.
*E. H. Williams, L. C. Ryan* and *J. H. Martin,* contra.